WILLIAM S. COOPER AND OTHERS, RESPONDENTS, v. JOHN H. HOWE AND OTHERS, APPELLANTS.

*Counter-claim — cannot be stricken out as frivolous.*

A counter-claim cannot be stricken out or disregarded as frivolous; the remedy is by demurrer, or by motion to make it more definite and certain.

APPEAL from an order of the County Court of Monroe county, striking out defendants' answer as frivolous.

*Thomas P. O'Kelly,* for the appellants.

*Horace McGuire,* for the respondent.

TALCOTT, J.:

This is an appeal from the order of the County Court of Monroe county, overruling the answer of the defendants as frivolous.

The action is upon contract to recover an indebtedness arising upon the sale of goods, wares and merchandise by the plaintiffs to the defendants. The third answer of the defendants sets up what purports to be a counter-claim, in the nature of a set-off. The allegations in regard to the alleged counter-claim are very imperfect, and doubtless bad on demurrer, but a counter-claim cannot be stricken out or disregarded as frivolous. If defectively alleged, it is to be met by a demurrer, or by a motion to make it more definite and certain. (*Fettrech* v. *McKay,* 47 N. Y., 426; *Briggs* v. *Bergen,* 23 id., 162.)

The order in this case purports to overrule the whole answer as frivolous.

We think so much of the answer as purported to be set up by way of defense to the action was frivolous, but the order was too large, in embracing the counter-claim.

The order appealed from should be reversed, with ten dollars costs and disbursements.

MULLIN, P. J., and SMITH, J., concurred.

Order appealed from reversed, with ten dollars costs and disbursements.